IN THE MATTER OF THE ESTATE OF RUFUS R. ROBINSON, DECEASED (CHARLES C. HASCALL, ADMINISTRATOR DE BONIS NON, APPELLANT).

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion for leave to enter appeal *p. 237; (2) leave given to enter appeal *p. 244; (3) appeal bond approved, rule to show cause against reversal *p. 245; (4) continued *p. 341.

PAPERS IN FILE: (1) Petition for leave to appeal; (2) transcript of record of probate court; (3) affidavit of Charles C. Hascall; (4) affidavit of William F. Moseley; (5) copy of notice of intention to petition for leave to appeal, proof of service; (6) motion for leave to appeal; (7) reasons for appeal; (8) appeal bond; (9) motion for rule to show cause against reversal; (10) draft of rule to show cause against reversal; (11) stipulation for withdrawal of appeal.

*1824–36 Calendar*, MS p. 177.

SAMUEL C. LEWIS *versus* BENJAMIN DAVIS.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Striken from docket *p. 241.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur.

*1824–36 Calendar*, MS p. 152.